## Vairo, Appellant, *v.* Vairo.
## Vairo *v.* Vairo, Appellant.

760

 Argued December
10, 1971. *John C. Youngman, Jr.,* with him *Candor,
Youngman, Gibson & Gault,* for appellant; *Patrick
Fierro,* with him *Anthony Miele,* and *Fierro and Miele,*
for appellee.

OPINION PER CURIAM : In the appeal at No. 911,
October Term, 1971, the order is affirmed.

In the appeal at No. 912, October Term, 1971, the
order is affirmed. Having made an independent study
of the entire record, we are of the opinion that the
court below properly granted a decree in divorce a.v.m.
in this case.

MONTGOMERY, J., dissents as to the grant of a di-
vorce a.v.m.